# MEMORANDUM DECISIONS.

ALLEN et al., Respondents, v. DAVIS et al., Respondents, and WHITNEY, Appellant. (Supreme Court, General Term, Fifth Department. March 27, 1894.) Action by Arthur H. Allen and Mary J. Allen against Lydia C. Davis and another and Edmund C. Whitney. No opinion. Order appealed from affirmed, with $10 costs and disbursements, on opinion of GREEN, J., at special term.

ARROW STEAMSHIP CO., Respondent, v. BENNETT, Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by the Arrow Steamship Company against James G. Bennett. J. Townshend, for appellant. F. Geller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 25 N. Y. Supp. 1029; 26 N. Y. Supp. 948.

AUBURN BUTTON CO. v. SILVESTER et al. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by the Auburn Button Company against Philip L. Silvester and others. No opinion. Motion to amend decision granted, so as to show that the judgment be reversed on questions of fact, as well as questions of law, but on condition that the defendant, if so advised, may discontinue his appeal to the court of appeals, without costs of the appeal. See 25 N. Y. Supp. 237.

AUSTEN, Receiver of Taxes, Respondent, v. GEORGE V. HECKER CO., Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by David E. Austen, receiver of taxes, against the George V. Hecker Company. F. R. Coudert, Jr., for appellant. J. G. N. Myers, for respondent. No opinion. Order reversed, with $10 costs and disbursements.

BABBITT, Appellant, v. GIBBS, Respondent. (Supreme Court, General Term, First Department. March, 1894.) Action by Robert O. Babbitt against William W. Gibbs. No opinion. Judgment affirmed, on referee's opinion, with costs.

BACON et al., Respondents, v. WHITNEY et al., Appellants. (Supreme Court, General Term, Fifth Department. June 20, 1894.) Action by Theodore Bacon and others against Belle N. Whitney and others. No opinion. Judgment appealed from affirmed, with costs, on the opinion of BRADLEY, J., at special term.

BAUER, Appellant, v. THURSTON, Respondent. (Supreme Court, General Term, First Department. October 13, 1893.) Action by Louis Bauer against James S. Thurston, impleaded, etc. No opinion. Interlocutory judgment sustaining the demurrer reversed, with costs, and the demurrer overruled, with leave to answer them within 20 days, on payment of $20 costs.

BEEKMAN, Appellant, v. HORN SILVER MIN. CO., Respondent. (Supreme Court, General Term, First Department. March, 1894.) Action by Livingston Beekman, as administrator, against the Horn Silver Mining Company. No opinion. Order affirmed, with $10 costs and disbursements.

BELASCO, Respondent, v. FAIRBANK, Appellant. (Supreme Court, General Term, First Department. June 15, 1894.) Action by David Belasco against N. K. Fairbank. J. G. Deane, for appellant. D. Gerber, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

BELLEVUE v. SKINNER. (Supreme Court, General Term, First Department. April 13, 1894.) Action by Frederick A. Bellevue against Halcyon Skinner. No opinion. Motion granted by default, with $10 costs and disbursements.

BEREAU, Appellant, v. O'CONNELL, Respondent. (Supreme Court, General Term, Second Department. February 12, 1894.) Action by Henry Bereau against Daniel O'Connell. No opinion. Reargument ordered. See 24 N. Y. Supp. 597.

BERNARD, Appellant, v. BERNARD, Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Joseph Bernard against Leah Bernard. D. Keane, for appellant. B. Steinhardt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BLOOM v. NATIONAL UNION BENEFIT LOAN CO. (Supreme Court, General Term, Fifth Department. June 20, 1894.) No opinion. Motion to strike case from the calendar, and for affirmance granted, with costs, unless papers are served on or before the second Friday of the term.

In re BOARD OF RAPID TRANSIT COM'RS. (Supreme Court, General Term, First Department. June, 1894.) Application by the Board of Rapid Transit Commissioners for an order awarding their compensation. J. M. Bowers, for the commissioners. W. H. Clark, Corp. Counsel, for the City.

PER CURIAM. We think that an allowance to each commissioner of $1,250 in addition to the sum allowed upon the previous application (21 N. Y. Supp. 570) would, under the circumstances, be reasonable. This sum is proportionately less than that previously awarded. At that time, however, it was expected that the fees of the commissioners would be paid by purchasers of the franchise. That hope is now dissipated, and the expense is to be borne by the city. It is to be borne, too, without corresponding value, for the new commission undoubtedly resulted from the failure of its predecessor to realize the objects for which it was created. As Mr. Spencer resigned in the month of June, 1893, the sum awarded should be apportioned between himself and his successor. We think that a fair apportionment would be an allowance to Mr. Spencer of $820, and to Mr. Porter of $430. An allowance of $1,250, in addition to the previous allowance of $5,000, is accordingly made to each of the following commissioners: Messrs. Steinway, Starin, Inman, and Bushe. An allowance of $820, in addition to the previous allowance of $5,000, is made to Mr. Spencer, and an allowance of $430 is made to Commissioner Porter.